USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/13/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
JAMES GRANT,

                Plaintiff,

    -against-

THE CITY OF NEW YORK, ET AL.,

                Defendants.
------------------------------------------------------------------ x

1:19-cv-04334 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' Joint Status Report dated November 26, 2019. ECF No. 30. The Parties' proposed briefing schedule, which is also included below, is hereby GRANTED.

    **Motion to dismiss:**                            January 24, 2020

    **Opposition to Motion:**                   February 24, 2020

    **Reply to Opposition:**                     March 3, 2020

In addition, pursuant to Rule 26(c), discovery in this case is stayed during the pendency of the motion to dismiss. Fed. R. Civ. P. 26(c); *see also Integrated Sys. & Power, Inc. v. Honeywell Int'l, Inc.*, No. 09 CV 5874 (RPP), 2009 WL 2777076, at *1 (S.D.N.Y. Sept. 1, 2009) ("It is equally well-settled that upon a showing of good cause a district court has considerable discretion to stay discovery pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.")

SO ORDERED.

Dated: New York, New York
       December 12, 2019

                                                      ANDREW L. CARTER, JR.
                                                      United States District Judge