USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JAMES GRANT,

                Plaintiff,

    -against-

CITY OF NEW YORK, ET AL.,

                Defendants.

------------------------------------------------------------ x

1:19-cv-04334 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' letter dated February 3, 2020. ECF No. 35.

Plaintiff is hereby **ORDERED** to respond to said letter on or before **February 13, 2020.**

**SO ORDERED.**

Dated:    February 12, 2020
           New York, New York

_____
**ANDREW L. CARTER, JR.
United States District Judge**